UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>RONALD J. HEDGES<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING, JR.<br>FEDERAL BUILDING AND COURTHOUSE<br>50 WALNUT STREET<br>NEWARK, NJ 07101<br>973-645-3827 |

August 4, 2005

**LETTER-OPINION AND ORDER**
**ORIGINAL FILED WITH CLERK OF THE COURT**

Gibbon Farquharson, Pro Se
SBI885299A
Central Reception and Assignment Facility
P.O. Box 7450
West Trenton, NJ 08628

Patrick J. Caserta, Esq.
Patrick J. Caserta, Esq. LLC
695 Route 46 West
Suite 401
Farifield, NJ 07004

     Re:    **Gibbon Farguharson v. City of Paterson**
              **Civil Action No. 04-4182 (JLL)**

Dear Litigants:

     This matter comes before me on plaintiff's renewed application for appointment of pro bono counsel. I have considered the papers submitted in support of the application. There was no oral argument. Rule 78.

     Plaintiff's previous application for the appointment of pro bono counsel was denied by me on August 2nd. Plaintiff now argues that he is "barely literate in English, has limited formal education, suffers mental health issues," and that "his access to a trained and adequate paralegal or person trained in law is slight to non-existent." After reviewing the Complaint and prior

correspondence written by plaintiff, I am not satisfied that he would be unable to present his case effectively or that the issues of this case are overly complicated.  Plaintiff's current application for appointment of <u>pro</u> <u>bono</u> counsel is therefore DENIED.

    SO ORDERED.

<u>s/ Ronald J. Hedges</u><br>
United States Magistrate Judge